ELIZA M. SLOANE, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

(Argued February 6, 1893 ; decided February 28, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 24, 1892, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

The following is the *mem.* handed down in this case : " We think this judgment should be reversed on the principle of the opinions in *Sutro et al.* v. *Manhattan Railway Company*,\* and *Bookman* v. *Same*,† decided at this term, and a new trial ordered, with costs to abide event."

*Arthur O. Townsend,* for appellants.

*Charles A. B. Pratt, Jr.,* for respondent.

ANDREWS, Ch. J., reads *mem.* for reversal and new trial.
All concur.
Judgment reversed.

---

\* *Ante,* page 592.　　†*Ante,* page 302.